IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Peter G. Sheridan |
| : | |
| v. : | Criminal No.: 09-130 |
| : | |
| DALNAVE NAVIGATION, INC., : | ORDER |
| PANAGIOTIS STAMATAKIS, and : | |
| DIMITRIOS PAPADAKIS : | |

This matter having been opened to the Court by Walder, Hayden & Brogan, P.A. (appearing by James A. Plaisted, Esq.), attorneys for Dimitrios Papadakis, for a modification of Mr. Papadakis' bail conditions and terms of release, and the United States Attorney for the District of New Jersey Ralph J. Marra, Esq. (appearing by Kathleen O'Leary) having consented hereto; and for good cause shown

IT IS ON THIS 27th DAY OF March, 2009

ORDERED that Mr. Papadakis' terms of release are changed from today through and including April 19, 2009, so that Mr. Papadakis may leave his room at 8:00 a.m. and return to his room at any time up to midnight each day up until April 20, 2009. The other terms of release including the limitation on travel to the District of New Jersey remain the same.

_____
Hon. Peter G. Sheridan, U.S.D.J.