

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Kathleen P. O'Leary*　　　*970 Broad Street, Suite 700*　　　*(973)645-2700*
*Assistant U.S. Attorney*　　　*Newark, NJ 07102*　　　*Direct Dial (973)645-2841*
　　　　　　　　　　　　　　　　　　　　　　　　*Fax (973)645-3497*

March 27, 2009

**Via Electronic Mail**

Hon. Peter G. Sheridan, U.S.D.J
United States District Court
Clarkson S. Fisher Federal Courthouse
402 E. State Street
Trenton, New Jersey 08608

　　　Re: United States v. Dalnave Navigation et al.
　　　　　Crim. No. 09-130 (PGS)

Dear Judge Sheridan:

　　Your Honor may recall that during a telephone conference with the parties on Monday, March 23, 2009, an issue arose regarding defendants' request for interpreting services during the upcoming depositions. At the time, Your Honor indicated that the Court would consider a request to arrange for the interpreting services for the defendants. We hereby make such request.

　　At the request of counsel for Defendant Papadakis, we are informing the Court that Defendant Papadakis prefers the following interpreter, who has been used previously in this matter:

　　　　　Eo Demetra Luttrell
　　　　　Tele: (609) 538-8299
　　　　　Cell: (609) 558-4259
　　　　　E-mail: eogreek@hotmail.com

　　For the Court's information, the depositions are scheduled

to be conducted between April 1, 2009 and April 15, 2009 in Courtroom 4C of the Martin Luther King, Jr. Federal Courthouse, Newark, New Jersey.

                                      Very truly yours,

                                      RALPH J. MARRA, JR.
                                      Acting United States Attorney

                                                  /s/

                                      By: Kathleen P. O'Leary
                                          Assistant U.S. Attorney

cc: (via email and regular mail)

    Michael G. Chalos, Esq.
    Carl Woodward, Esq.
    James Plaisted, Esq.

ORDERED: [signature]
FILED: 3/30/09