

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Kathleen P. O'Leary*  
*Assistant U.S. Attorney*

*970 Broad Street, Suite 700*  
*Newark, NJ 07102*

*(973)645-2700*  
*Direct Dial (973)645-2841*  
*Fax (973)645-3497*

March 27, 2009

**Via Electronic and Regular Mail**

Hon. Peter G. Sheridan, U.S.D.J
United States District Court
Clarkson S. Fisher Federal Courthouse
402 E. State Street
Trenton, New Jersey 08608

> *Denied [handwritten note]: If the depositions prove unworkable, call my chambers for instructions.*
> *Peter Sheridan 3/30/09*

Re: United States v. Dalnave Navigation et al.
    Crim. No. 09-130 (PGS)

Dear Judge Sheridan:

As Your Honor is aware, pursuant to an Order by the Honorable Jose L. Linares, U.S.D.J., the parties to the above-captioned action are required to take seven (7) depositions of material witnesses between April 1, 2009 and April 15, 2009. Although Your Honor previously indicated that Your Honor would not preside over these depositions, the United States writes to respectfully request that a Magistrate Judge instead be appointed to do so.

A Magistrate Judge presiding over the depositions will ensure full compliance with Judge Linares's order. Furthermore, the appointment of a Magistrate Judge will ensure that order is maintained during the proceedings, that the proceedings move forward in a timely manner, and that the record of objections is adequately developed.

Very truly yours,

RALPH J. MARRA, JR.
Acting United States Attorney

/s/

By: Kathleen P. O'Leary
    Assistant U.S. Attorney

cc: (via email and regular mail)

  Michael G. Chalos, Esq.
  Carl Woodward, Esq.
  James Plaisted, Esq.