UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 09-130 (PGS) |
| v. : | **ORDER** |
| DALNAVE NAVIGATION, et al. : | |

This matter having come before the court on a motion by the Defendants to compel the Government to turn over copies of the unredacted statements of witnesses to be deposed pursuant to Fed. R. Crim. P. 15, as well as the unredacted report of the Coast Guard investigator in this matter; and the Court having reviewed the documents *in camera*,

IT IS on this 31 day of March, 2009;

ORDERED that Defendants' motion compel the Government to turn over copies of the unredacted statements of witnesses to be deposed pursuant to Fed. R. Crim. P. 15, as well as the unredacted report of the Coast Guard investigator in this matter is hereby denied, as these documents do not contain materials discoverable at this time.

March 31, 2009

_____
PETER G. SHERIDAN, U.S.D.J.