**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Kathleen P. O'Leary*  *970 Broad Street, Suite 700*  *(973)645-2700*
*Assistant U.S. Attorney*  *Newark, NJ 07102*  *Direct Dial (973)645-2841*
                                           *Fax (973)645-3497*

April 2, 2009

**Via Electronic Mail and ECF**
Hon. Peter G. Sheridan, U.S.D.J
United States District Court
Clarkson S. Fisher Federal Courthouse
402 E. State Street
Trenton, New Jersey 08608

    Re:  U.S. v. Dalnave Navigation Inc.
         Crim. No. 09-130

Dear Judge Sheridan:

    I write to request that the Court revoke its order of March 25, 2009, in which it directed counsel for defendants Dalnave Navigation Inc., Panagiotis Stamatakis, and Dimitrios Papadakis (hereinafter, the "defendants") to turn over any statements of material witnesses that counsel for the defendants has interviewed in the above-referenced matter. Rule 16(b)(2)(B) appears not to permit such a ruling.

    In the alternative, the Government hereby informs counsel for the defendants that it is not seeking the production of any such statements. In the event that the Government receives any such statements, it will return them unread to counsel. The Government has not received any such statements to date.

*[handwritten: 4/2/09 So Ordered Peter␣Sheridan]*



      The Government reserves its right to ask for statements under Federal Rule of Criminal Procedure 26.2 at a future date.

                            Very truly yours,

                            RALPH J. MARRA, JR.
                            Acting United States Attorney

                                    /s/

                            By: Kathleen P. O'Leary
                                Assistant U.S. Attorney


cc: (via email and regular mail)

    Michael G. Chalos, Esq.
    Carl Woodward, Esq.
    James Plaisted, Esq.