UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 09-cr-130 (PGS) |
| v. | : | **ORDER** |
| DALNAVE NAVIGATION, INC., PANAGIOTIS STAMATAKIS, AND DIMITRIOS PAPADAKIS. | : |  |

This matter having come before the court on motions by the Defendants for a bill of particulars, to declare the case complex, to grant a continuance, and to compel discovery; and on a motion by the Government for reciprocal discovery; and the Court having reviewed the papers, and having heard oral argument; and for the reasons set forth in the record, and for good cause shown,

IT IS on this 25 day of March, 2009,

ORDERED that the Government shall, by March 31, 2009, provide the Defendants with a bill of particulars delineating each overt act and naming each member of the conspiracy for each count of the indictment, and it is further

ORDERED that this matter shall be declared complex pursuant to 18 U.S.C. 3161(h)(7)(B)(ii); and it is further

ORDERED that the ends of justice of this matter shall be continued through trial. The trial shall commence on June 18, 2009; and it is further

ORDERED that any additional continuance requested shall be done by way of motion;

and it is further

ORDERED that the Government shall produce all Giglio materials no later than March 31, 2009; and it is further

ORDERED that the Government shall produce all documents necessary for the Rule 15 depositions in this matter no later than March 27, 2009; and it is further

ORDERED that any Defendant shall produce any scientific evidence which is intends to use at trial no later than 30 days from the date of this order; and it is further

ORDERED that the Government shall produce unredacted statements of all witnesses in this matter for in camera inspection to the court as soon as possible; and it is further

ORDERED that the Government shall produce the report of the Coast Guard investigator to the court for in camera inspection as soon as possible; and it is further

ORDERED that the Defendants shall produce any photographic evidence or witness interview statements to be utilized at the Rule 15 depositions in this matter no later than March 31, 2009.

                                              PETER G. SHERIDAN, U.S.D.J.