UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 09-130 (PGS) |
| v.    : | **ORDER** |
| DALNAVE NAVIGATION, et al. : | |

WHEREAS this Court entered an Order on March 30, 2009 arranging for defendant Papadakis's interpreter of choice to provide interpreting services at the time of the depositions to be conducted in this matter pursuant to Fed. R. Crim. P. 15; and

WHEREAS the Court has been informed that, pursuant to the Guide to Judiciary Policies and Procedures, vol. 7, ch. 3, B.3.13, it is the responsibility of the Government to provide interpreters for such depositions;

NOW THEREFORE, IT IS on this 1 day of April, 2009,

ORDERED that the Court's Order of March 30, 2009, be and hereby is vacated. The Government shall provide an interpreter for the Rule 15 depositions.

April 1, 2009

_____
PETER G. SHERIDAN, U.S.D.J.