UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DALNAVE NAVIGATION, INC.,<br>PANAGIOTIS STAMATAKIS, AND<br>DIMITRIOS PAPADAKIS. | No. 09-cr-130 (PGS)<br><br>**ORDER** |

WHEREAS, this matter comes before the Court on a motion to dismiss the indictment brought by Defendant Dimitrios Papadakis, filed April 2, 2009 (Docket Entry 49). The motion was joined by Defendants Mr. Stamatakis and Dalnave Navigation, Inc. and opposed by the United States;

WHEREAS the Court has found that the indictment plus the additional facts provided by the government in its March 31, 2009 letter satisfies the requirements set forth in Federal Rule of Criminal Procedure 7(c)(1), and Defendants have sufficient facts upon which to prepare a defense;

NOW THEREFORE, it is on this 15th day of April, 2009;

ORDERED that the motion to dismiss the indictment is denied.

_____
PETER G. SHERIDAN, U.S.D.J.