IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
|  | : | Criminal No.: 09-130 |
| v. | : |  |
|  | : |  |
| DALNAVE NAVIGATION, INC., | : | ORDER |
| PANAGIOTIS STAMATAKIS, and | : |  |
| DIMITRIOS PAPADAKIS | : |  |

This matter having been opened to the Court by Walder, Hayden & Brogan, P.A. (appearing by James A. Plaisted, Esq.), attorneys for Dimitrios Papadakis, for an extension of the Order entered by the Court on March 27, 2009 modifying Mr. Papadakis' bail conditions and terms of release, and the United States Attorney for the District of New Jersey Ralph J. Marra, Esq. (appearing by Kathleen O'Leary) having been noticed hereto, and Pretrial Services having been noticed and consented; and for good cause shown

IT IS ON THIS 20 DAY OF APRIL, 2009

**ORDERED** that Mr. Papadakis' terms of release as set forth in this Court's Order of March 27, 2009 are hereby extended for a period of one week through and including April 24, 2009; and it is further

**ORDERED** that Mr. Papadakis may leave his room on Saturday, April 18, 2009 in order to attend religious services in celebration of the Greek Easter holiday, and will not be

required to return to his room until midnight on Sunday, April 19, 2009.

All other terms of release including the limitation on travel to the District of New Jersey remain the same.

4-20-09

_____
Hon. Peter G. Sheridan, U.S.D.J.