UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-cr-130 (PGS) |
| v. | |
| DALNAVE NAVIGATION, INC., PANAGIOTIS STAMATAKIS, AND DIMITRIOS PAPADAKIS. | **ORDER** |

This matter comes before the Court on an April 17, 2009 conference call. Good cause having been shown, it is hereby

ORDERED that the deposition of material witness Vasly Granych shall take place on April 22, and 24, 2009; and it is further

ORDERED that a status conference shall occur on April 24, 2009 at 1:30 p.m. to discuss the depositions of material witnesses; and it is further

ORDERED that the six material witness stay within this jurisdiction until the completion of the deposition of Mr. Granych; and it is further

ORDERED that Mr Granych's passport, as well as the passports of the other material witnesses, shall be returned to him on or before April 30, 2009; and it is further

ORDERED that the U.S. Attorney shall give notice to all the parties, including the counsel for the material witnesses, regarding the April 24, 2009 conference call.

4/23/09

PETER G. SHERIDAN, U.S.D.J.