UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 09-cr-130 (PGS) |
|  | : |  |
| v. | : |  |
|  | : | **ORDER** |
| DALNAVE NAVIGATION, INC., PANAGIOTIS STAMATAKIS, AND DIMITRIOS PAPADAKIS. | : |  |

This matter comes before the Court on an April 24, 2009 conference call. Good cause having been shown, it is hereby

ORDERED that the deposition of all material witnesses shall be concluded today, April 24, 2009; and it is further

ORDERED that the government shall identify all material witnesses that it will call as rebuttal witnesses today, April 24, 2009; and it is further

ORDERED that if a material witness has not been identified as a rebuttal witness, that witness shall be released once his deposition transcript has been certified; and it is further

ORDERED that all rebuttal depositions shall conclude Sunday, April 26, 2009; and it is further

ORDERED that once a rebuttal witness has concluded his rebuttal deposition and all his deposition transcripts have been certified, that witness shall be released; and it is further

ORDERED that all deposition transcripts shall be delivered to the appropriate counsel on an expedited, overnight basis; and it further

ORDERED that Defendants' counsel shall have until May 15, 2009 to disclose their expert;

ORDERED that the U.S. Attorney shall give notice to all the parties, including the counsel for the material witnesses, of this Order.

4/24/09

*(signature)*
PETER G. SHERIDAN, U.S.D.J.