UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-cr-130 (PGS) |
| v. | **ORDER** |
| DALNAVE NAVIGATION, INC., PANAGIOTIS STAMATAKIS, AND DIMITRIOS PAPADAKIS. | |

This matter comes before the Court on the individual defendants', Panagiotis Stamatakis and Dimitrios Papadakis, motion to modify their conditions of release (Docket No. 70), and the individual defendants' and defendant Dalnave Navigation, Inc.'s motion for extension of time (Docket No. 85). Good cause having been shown, for the reasons set forth on the record, it is hereby

ORDERED that Stamatakis's and Papadakis's terms of release are changed from today and extending indefinitely by the following modification only: each may leave his room at 8:00 a.m. and return to his room at any time up to midnight that same day; and it is further

ORDERED that all pre-trial motions must be filed on or before June 18, 2009; and it is further

ORDERED that Defendants' experts must be designated on or before June 18, 2009; and it is further

ORDERED that all responses to pre-trial motions must be filed on or before July 2, 2009; and it is further

ORDERED that Defendants' expert reports must be submitted on or before July 16, 2009; and it is further

ORDERED that a hearing on all pre-trial motions will be held before this Court on July 16, 2009 at 10:00 a.m.; and it is further

ORDERED that trial shall commence at 10:00 a.m. on either August 25 or September 1, 2009 as the Court determines.

5/15/09

_____
PETER G. SHERIDAN, U.S.D.J.