UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-cr-130 (PGS) |
| v. | ORDER |
| DALNAVE NAVIGATION, INC., PANAGIOTIS STAMATAKIS, AND DIMITRIOS PAPADAKIS. | |

This matter having come before the Court and for good cause having been shown, it is hereby

ORDERED that all motions for Fed. R. Crim. P. 15 depositions by Defendants must be filed on or before June 5, 2009; and it is further

ORDERED that all responses to said motions for Rule 15 depositions must be filed on or before June 12, 2009; and it is further

ORDERED that a hearing on said motions for Rule 15 depositions will be held on June 18, 2009 at 12:00 p.m in Trenton, New Jersey; and it is further

ORDERED that all other pre-trial motions shall continue as previously ordered; and it is further

ORDERED that trial shall commence on November 9, 2009 at 10:00 a.m.

PETER G. SHERIDAN, U.S.D.J.