UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 09-130 (PGS) |
| DALNAVE NAVIGATION INC., PANAGIOTIS STAMATAKIS, AND DIMITRIOS PAPADAKIS | : : | AMENDED ORDER |

This order amends the first paragraph of the Court's May 29, 2009, Order, as follows:

This matter having come before the Court on the application of Dalnave Navigation Inc. (Michael G. Chalos, Esq., appearing), Pangiotis Stamatakis (Carl Woodward, Esq., appearing), Dimitrios Papdadakis (James A. Plaisted, Esq., appearing) (hereinafter, the "defendants"), for an order continuing this matter pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and B(ii); and the defendants being aware that absent such a finding they would have a right to be tried within seventy days of their first appearance in this district in connection with this matter, pursuant to 18 U.S.C. § 3161(c)(1); and the defendants requiring sufficient time to review discovery and Federal Rule of Criminal Procedure 15 (hereinafter, "Fed. R. Crim. P. 15") deposition transcripts, and to investigate the charges, and to file motions for Fed. R. Crim. P. 15 depositions in this matter; and the Court having designated this case a complex case; and the Court having found that an order granting a continuance of the proceedings in the above-captioned matter should be entered; and for good and

sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case has been previously designated by this Court as a complex case.

2. The defendants and counsel need time to review the discovery and Fed. R. Crim. P. 15 deposition transcripts in this matter, to conduct investigations regarding the charges and possible defenses, and to file motions, including motions for Fed. R. Crim. P. 15 depositions.

3. In light of these findings, and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act.

4. The defendants consent to the aforementioned continuance.

5. The grant of a continuance will enable counsel for the defendants to adequately review the discovery and Fed. R. Crim. P. 15 deposition transcripts, conduct investigations, prepare motions, negotiate plea agreements or, if necessary, prepare for trial.

6. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the

defendants in a speedy trial.

WHEREFORE, it is on this ___1___ day of ~~July~~ August 2009;

ORDERED that the proceedings in the above-captioned matter are continued from **June 18, 2009 to November 9, 2009**; and it is further

ORDERED that the period from **June 18, 2009 to November 9, 2009** shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge