UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 09-130 (PGS) |
| | : | |
| PANAGIOTIS STAMATAKIS and DIMITRIOS PAPADAKIS | : | ORDER |
| | : | |

This matter having come before the Court at the request of the United States of America (Ralph J. Marra, Acting United States Attorney for the District of New Jersey, by Kathleen P. O'Leary, Assistant United States Attorney, appearing), for an order dismissing Counts 1, 3, and 4 of the Indictment in the above-captioned matter as to defendant Panagiotis Stamatakis and Counts 1, 3, and 4 through 8 of the Indictment as to defendant Dimitrios Papadakis; both defendants having pleaded guilty to Count 2 (Violation of the Act to Prevent Pollution from Ships, 33 U.S.C. § 1908(a)); and the Court having considered the submission of the United States; and for good and sufficient cause shown,

WHEREFORE, on this 3 day of September, 2009,

IT IS HEREBY ORDERED, that the following counts of the Indictment as to defendant Panagiotis Stamatakis be dismissed: Count 1 (Conspiracy, 18 U.S.C. § 371); Count 3 (False Writings, 18 U.S.C. § 1001 and § 2); and Count 4 (Obstruction of Justice, 18 U.S.C. § 1505 and § 2);

IT IS FURTHER ORDERED, that the following counts of the Indictment as to defendant Dimitrios Papadakis be dismissed: Count 1 (Conspiracy, 18 U.S.C. § 371); Count 3 (False Writings, 18 U.S.C. § 1001 and § 2); and Counts 4 through 8 (Obstruction of Justice, 18 U.S.C. § 1505 and § 2).

_____
HONORABLE PETER G. SHERIDAN
United States District Judge