# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

September 22, 2009

<u>via facsimile (609) 989-0515</u>
Honorable Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: <u>United States v. Dalnave Navigation, Inc</u>
Kasim Karia Deposition
09-cr-130 (PGS)

Dear Judge Sheridan:

As Your Honor may recall, expedited depositions were taken in this case of the merchant seaman witnesses. Mr. Karia, my client, was the last Indonesian seaman deposed by the government. The depositions were taken on an expedited basis to facilitate the return of the seamen to their homes as quickly as possible, pursuant to court order. When the government indicated that it might recall Mr. Karia, Your Honor directed the parties to work during the weekend so that Mr. Karia could return home without delay.

It had always been my understanding that our office would not be billed for the transcripts of Mr. Karia's deposition. Indeed, Free State Reporting, the court reporters for the depositions, confirmed during the course of depositions that our office would not be billed. This result makes sense, as Mr. Karia was deposed pursuant to a grand jury subpoena.

Nonetheless, Free State Reporting continues to seek payment from my office for the copy of Mr. Karia's transcripts. After I received the second bill in August, I contacted the Court. At the Ms. Hicks' instruction, I submitted a letter to the Court requesting that the Court pay for the transcript. Last week, Ms. Hicks requested that I send a follow-up request to the Court.

I am requesting that the Court pay for the transcript. In order for our office to pay for transcripts, advance authorization and billing paperwork is required. Because I understood that our office was not to pay for these transcripts, no authorization was sought or received. Therefore, I respectfully request that the Court pay for this transcript. I am enclosing for the Court's reference a copy of the bills.

Thank you for your assistance with this matter.

SO ORDERED: *[signature] Peter G. Sheridan*
DATED: 9/23/09

Very truly yours,
*[signature]*
David A. Holman