# WALDER, HAYDEN & BROGAN, P.A.

COUNSELLORS AT LAW
5 BECKER FARM ROAD
ROSELAND, NEW JERSEY 07068-1727
(973) 992-5300

FACSIMILE: (973) 992-1505
(973) 992-1006

DIRECT FAX: (973) 436-4219
E-MAIL: KABUCHAN@WHBESQS.COM
WWW.WHBESQS.COM

JUSTIN P. WALDER
JOSEPH A. HAYDEN, JR.[1]
MELVYN H. BERGSTEIN[1,2,4]
THOMAS J. SPIES
JAMES A. PLAISTED[1,4,5]
HEATHER G. SUAREZ
MICHAEL J. FAUL, JR.[1,2]
JEFFREY A. WALDER
ROBERT L. PENZA[1]
SHALOM D. STONE[1]
BARRY H. EVENCHICK[1]
K. ROGER PLAWKER[2]
CHRISTOPHER D. ADAMS
VIKKI S. ZIEGLER[2]

JOEL SONDAK (1932-1995)

[1] MEMBER OF NJ & NY BARS
[2] MEMBER OF NJ & DC BARS
[3] MEMBER OF NJ, NY, CA & VA BARS
[4] CERTIFIED BY THE SUPREME COURT AS A CIVIL TRIAL ATTORNEY
[5] CERTIFIED BY THE SUPREME COURT AS A CRIMINAL TRIAL ATTORNEY

PETER G. BRACUTI
STEVEN C. WALDER[1]
ASAAD K. SIDDIQI[1]
LIN C. SOLOMON[1]
REBEKAH R. CONROY[1]
KEVIN A. BUCHAN[1]
LEIGH-ANNE MULREY[1]

OF COUNSEL
JOHN A. BROGAN
JOHN H. SKARBNIK[1], LL.M., C.P.A.
STEVEN D. GROSSMAN[1]
ALAN SILBER[3,5]
ROBERT J. DONAHER
MICHAEL D'ALESSIO, JR.

COUNSEL TO THE FIRM
MARTIN L. GREENBERG[1]

OUR FILE NO.

October 12, 2009

**Via ECF & Facsimile**
The Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court - District of New Jersey
Martin Luther King, Jr. Fed. Bldg. & U.S. Cthse.
50 Walnut Street
Newark, New Jersey 07101

    *Re: United States v. Dimitrios Papadakis and*
       *Panaiotis Stamatakis*
       *Criminal No.: 09-130*

Dear Judge Sheridan:

    This firm represents Dimitrios Papadakis in the above captioned matter. As Your Honor may recall, Mr. Papadakis and Mr. Stamatakis were sentenced to one month in a half-way house and are scheduled to be released from the Toler House this Thursday, October 15, 2009.

    I have spoken to Mr. Carl Woodward, counsel for Panaiotis Stamatakis and we hereby make this joint request for an Order releasing both Mr. Papadakis and Mr. Stamatakis' passports from the custody of Pre-trail Services so that they may return to Greece on the same day they are released. Please advise if you need anything further in this regard

SO ORDERED: /s/ Peter G. Sheridan
DATED: 10/13/09

Very truly yours,

/s/ Kevin A. Buchan

KEVIN A. BUCHAN

KAB/rl

G:\Files\P\PAPADAKIS\Correspondence\10-12-09 Letter To Hon. Sheridan.Doc