

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Kathleen P. O'Leary*  
*Assistant U.S. Attorney*

970 Broad Street, Suite 700  
Newark, NJ 07102

(973)645-2700  
Direct Dial (973)645-2841  
Fax (973)645-3497

September 14, 2010

<u>Via E-mail and Regular Mail</u>
Michael G. Chalos, Esq.
Chalos, O'Connor & Duffy
366 Main Street
Port Washington, New York 11050-3120

      Re: <u>U.S. v. Dalnave Navigation Inc. et al.</u>
          <u>Crim. No. 09-130 (PGS)</u>

Dear Mr. Chalos:

    I write regarding your request for a three-week adjournment of the September 27, 2010, hearing in the above-referenced matter.

    The Government consents to the adjournment with the understanding that it will be for no more than three weeks so that your client, Dalnave Navigation Inc., may facilitate completion of the initial underway audits of the M/V Flipper and M/V Myron N, as required by Section VI(A) of the Environmental Compliance Plan.

                          Very truly yours,

                          PAUL J. FISHMAN
                        United States Attorney

                          /s/

                    By: Kathleen P. O'Leary
                      Assistant U.S. Attorney

cc: The Honorable Peter G. Sheridan, U.S.D.J. (via email and
    regular mail)
    Patricia Jenson, USPO (via e-mail)

*[Handwritten:]* Hearing is scheduled for October 21, 2010 at 10:00 am in Trenton courthouse

SO ORDERED: *[signature]*
DATED: 9/15/10